UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Justin Washington
Defendant.

Western Division

Case #: 2:21-CR-00310-PA
Initial App. Date: 07/24/2023
Time: 2:00 PM

Indictment
Custody

Date Filed: 07/06/2021
Violation: 18:1951
CourtSmart/Reporter: CS 07/24/2023

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alicia G. Rosenberg**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**  Karl Lozada  /  Jeremy Beecher  /  None
            Deputy Clerk       Assistant U.S. Attorney    Interpreter/Language

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: Claire Rogerson and ☑ DFPD, and ☑ Appointed

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Defendant committed to the custody of the U.S. Marshal

☑ Other: PIA held see separate minutes.

☑ PSA, ☑ FINANCIAL, ☑ CR-10, ☑ READY

Deputy Clerk Initials: kl
00 : 15