# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:21-CR-00310-PA    Recorder: CS 07/24/2023    Date: 07/24/2023

Present: The Honorable Alicia G. Rosenberg, U.S. Magistrate Judge

Court Clerk: Karl Lozada    Assistant U.S. Attorney: Jeremy Beecher

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JUSTIN WASHINGTON  CUSTODY-PRESENT | CLAIRE ROGERSON  DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.
Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Percy Anderson.
It is ordered that the following date(s) and time(s) are set:
 Jury Trial 9/19/2023 at 08:30AM
 Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are directed to contact Judge Anderson's clerk with case information, interpreter requests, and custody status. Judge Anderson is located in Courtroom 9A - 9th Floor in the 350 W. 1st Street, Los Angeles, California 90012 Courthouse.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 02
Initials of Deputy Clerk: KL by CGM

cc: Statistics Clerk, PSALA USMLA